IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

ARMANDO GARDUNO,                         1:08-cv-00973-LJO-TAG (HC)

       Petitioner,                         ORDER GRANTING PETITIONER'S
                                         MOTION FOR EXTENSION OF TIME
   vs.                                   TO FILE OPPOSITION TO MOTION
                                         TO DISMISS
BOARD OF PAROLE HEARING,
                                         (DOCUMENT #23)
       Respondent.
                                         THIRTY DAY DEADLINE
_____/

     Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to

28 U.S.C. § 2254.  On December 5, 2008, Respondent filed a motion to dismiss.  (Doc. 22).

On December 29, 2008, Petitioner filed a motion to extend the time to file an opposition to the

motion to dismiss.  (Doc. 23).  Good cause having been presented to the Court and GOOD

CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Petitioner is granted thirty (30) days from the date of service of this order in which to

file his opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:   **December 31, 2008**                        **/s/ Theresa A. Goldner**
                                          UNITED STATES MAGISTRATE JUDGE